UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| S.J. AMOROSO CONSTRUCTION CO., INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION, and DOES 1 through 50,<br><br>    Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS | Case No. C:09-cv-04197-PJH<br><br>**STIPULATION GRANTING LEAVE FOR COUNTER-DEFENDANT TO FILE AN AMENDED ANSWER TO LIBERTY SURPLUS INSURANCE CORPORATION'S COUNTER-CLAIM AND ORDER THEREON**<br><br>[FRCP Rule 15(a)(2), Civil Local Rule 7-12]<br><br>**Courtroom:** 3<br>**Judge:** Phyllis J. Hamilton |

    WHEREAS Counter-Defendant S.J. AMOROSO CONSTRUCTION CO., INC. filed an answer to LIBERTY SURPLUS INSURANCE CORPORATION's counter-claim on October 14, 2009;

    WHEREAS Counter-Defendant wishes to file an amended answer to LIBERTY SURPLUS INSURANCE CORPORATION's counter-claim to add some additional affirmative defenses;

X:\WPDocs\SJA\SJA-001\Pleadings\Stip re Amended Answer 122309.doc      -1-      C:09-04197

STIPULATION GRANTING LEAVE FOR COUNTER-DEFENDANT TO FILE AN AMENDED ANSWER TO LIBERTY SURPLUS INSURANCE CORPORATION'S COUNTER-CLAIM AND ORDER THEREON

WHEREAS the parties have agreed to provide S.J. AMOROSO CONSTRUCTION CO., INC. with ten days' leave to file a first amended answer to LIBERTY SURPLUS INSURANCE CORPORATION's counter-claim;

WHEREAS S.J. AMOROSO CONSTRUCTION CO., INC.'s answer will be filed <u>before</u> the January 7, 2010 Case Management Conference;

WHEREFORE it is hereby stipulated and agreed by and between the parties through their respective counsel that Counter-Defendant S.J. AMOROSO CONSTRUCTION CO., INC. shall have ten days' leave to file an amended answer to LIBERTY SURPLUS INSURANCE CORPORATION's counter-claim.

Dated: December 22, 2009         GRECO TRAFICANTE SCHULZ & BRICK

                                 By: s/ *Peter J. Schulz*
                                     Clyde C. Greco, Jr., Esq.
                                     Peter J. Schulz, Esq.
                                     Attorneys for Plaintiff/Counter-Defendant
                                     S.J. AMOROSO CONSTRUCTION CO., INC.

Dated: December 23, 2009         McCORMICK BARSTOW LLP

                                 By: s/ *Patrick Fredette*
                                     Patrick Fredette, Esq.
                                     Attorneys for Defendant/Counter-Claimant
                                     LIBERTY SURPLUS INSURANCE CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 22, 2009         By: _____
                                     Hon. Phyllis J. Hamilton

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*