UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| S.J. AMOROSO CONSTRUCTION CO., INC.,<br><br>           Plaintiff,<br><br>v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION, and DOES 1 through 50,<br><br>           Defendant. | Case No.  C:09-cv-04197-PJH<br><br>**ORDER CONTINUING HEARING ON LIBERTY SURPLUS CORPORATION'S MOTION FOR LEAVE TO FILE AN AMENDED ANSWER AND AMENDED COUNTERCLAIM**<br><br>Date:      June 9, 2010<br>Time:     9:00 a.m.<br>Judge:    Hon. Phyllis J. Hamilton |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Place East
Fresno, CA 93720-1501

1  Pursuant to Civil Local Rule 7-7(a), it is hereby ordered that the hearing on LIBERTY SURPLUS INSURANCE CORPORATION's Motion for Leave to File an Amended Answer and Counterclaim is hereby continued from may 19, 2010 at 9:00 a.m. in Courtroom 3 to **June 9, 2010** at **9:00 a.m.** in Courtroom 3, Honorable Phyllis J. Hamilton presiding.  Pursuant to Civil Local Rule 7-7(d) and the stipulation of counsel, the court orders the following briefing schedule: Opposition papers due on or before may 5, 2010, and the Reply papers due on or before May 26, 2010.

**IT IS SO ORDERED.**

Dated: April 27, 2010

By: _____
Hon. 
Judge Phyllis J. Hamilton

52485/00021-1551650.v1

---

1

ORDER CONTINUING HEARING ON LIBERTY SURPLUS CORPORATION'S MOTION FOR LEAVE   C:09-CV-04197-PJH

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501