**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| S. J. AMOROSO CONSTRUCTION CO., INC., <br><br>    Plaintiff, <br><br>    v. <br><br>LIBERTY SURPLUS INSURANCE CORPORATION, and DOES 1 through 50, <br><br>    Defendants. | Case No. C:09-cv-04197-PJH <br><br> **NOTICE OF SETTLEMENT** <br> AND ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE |
| AND ALL RELATED CROSS-ACTIONS | |

PLEASE TAKE NOTICE that all parties to the above-captioned case have reached a settlement in the matter.  The parties require approximately thirty (30) days to prepare and execute the settlement documents, and will be filing a stipulation for dismissal, with prejudice, following execution of the settlement documentation.

The only date currently scheduled by the Court is August 18, 2010, which is the date assigned by the Court for the parties to file their respective motions for summary judgment.  The parties request that that date be taken off calendar, and a settlement status conference be set at least thirty (30) days from the date of this notice.  The parties anticipate having

1    the stipulation for dismissal on file within that timeframe.

2

3    Dated: August 16, 2010      GRECO TRAFICANTE SCHULZ & BRICK

4

5                               By:   s/ *Peter J. Schulz*
                                      Clyde C. Greco, Jr., Esq.

6                                       Peter J. Schulz, Esq.
                                    Attorneys for Plaintiff/Counter-Defendant

7                                     S. J. AMOROSO CONSTRUCTION CO., INC.

8

9    Dated: August 16, 2010      McCORMICK BARSTOW LLP

10

11                               By:   s/ *Jay A. Christofferson*
                                    Jay A. Christofferson, Esq.

12                                     Attorneys for Defendant/Counter-Claimant
                                    LIBERTY SURPLUS INSURANCE

13                                     CORPORATION

14

15

16

17

18

19    CASE MANAGEMENT CONFERENCE

20    SET FOR 9/16/10 AT 2:00 P.M.

21

22                        8/17/10

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

23

24

25

26

27

28