Patrick Fredette, # 207284
patrick.fredette@mccormickbarstow.com
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Scripps Center, Suite 1050
312 Walnut Street
Cincinnati, Ohio  45202
Telephone:    (513) 762-7520
Facsimile:     (513) 762-7521

Jay A. Christofferson, # 203878
Jay.christofferson@mccormickbarstow.com
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912, 5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Defendant
LIBERTY SURPLUS INSURANCE CORPORATION

Peter J. Schulz, # 167646
pjs@gtlaw.cc
Greco Traficante Schulz & Brick
185 West F. Street, Suite 400
San Diego, CA  92101
Telephone:    (619) 234-3660
Facsimile:     (619) 234-0626

Attorney for Plaintiff
S.J. AMOROSO CONSTRUCTION CO., INC.

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| S.J. AMOROSO CONSTRUCTION CO., INC.<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION and DOES 1 through 50,<br><br>Defendants. | Case No. C 09-04197 PJH<br><br>**JOINT CASE MANAGEMENT STATEMENT**  AND ORDER<br><br>Date:         September 16, 2010<br>Time:        2:00 p.m.<br>Courtroom:  3<br>Judge:       Hon. Phyllis J. Hamilton |

Pursuant to the Court's order and Local Rule 16-9, counsel for S.J. Amoroso Construction Co. ("S.J. Amoroso") and Liberty Surplus Insurance Corporation ("LSIC") submit the following Joint Case Management Conference Statement.

S.J. Amoroso and LSIC have tentatively settled the case and exchanged drafts of a proposed Settlement Agreement. The Parties believe that they can resolve any outstanding issues concerning the settlement terms and have the matter dismissed within 30-45 days. The Parties request that the Court continue the status conference set for September 16 for sixty days to allow the Parties to finalize the settlement. The parties do not feel further ADR is necessary based on the settlement.

Dated: September, 9 2010          McCORMICK, BARSTOW, SHEPPARD,
                                   WAYTE & CARRUTH LLP


                                   By: _____/s/ Jay A. Christofferson_____
                                          Patrick Fredette
                                          Jay A. Christofferson
                                          Attorneys for Defendant
                                          LIBERTY SURPLUS INSURANCE
                                          CORPORATION

Dated: September, 9 2010          GRECO TRAFICANTE SCHULZ & BRICK


                                   By: _____/s/ Peter J. Schulz_____
                                          Peter J. Schulz
                                          Attorney for Plaintiff
                                          S.J. AMOROSO CONSTRUCTION CO., INC.

52485/00021-1615821.v1

THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO NOVEMBER 18, 2010 AT 2:00 P.M.

IT IS SO ORDERED
Judge Phyllis J. Hamilton

9/10/10