UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| S. J. AMOROSO CONSTRUCTION CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION, and DOES 1 through 50,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS | Case No. C:09-cv-04197-PJH<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE; AND ORDER THEREON |

   IT IS HEREBY STIPULATED that Plaintiff S. J. AMOROSO CONSTRUCTION CO., INC. and Defendant LIBERTY SURPLUS INSURANCE CORPORATION ("the Parties") have fully and finally settled this action.

   IT IS FURTHER STIPULATED by and between the Parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed, in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and that each party shall bear its own attorneys' fees and costs.

/././

1  IT IS SO STIPULATED.

2

3  Dated: September 28, 2010      GRECO TRAFICANTE SCHULZ & BRICK

4

5                                  By: _____
                                   Clyde C. Greco, Jr., Esq.
6                                  Peter J. Schulz, Esq.
                                   Attorneys for Plaintiff/Counter-Defendant
7                                  S. J. AMOROSO CONSTRUCTION CO., INC.

8

9  Dated: September 29, 2010      McCORMICK BARSTOW LLP

10

11                                 By: _____
                                   Jay A. Christofferson, Esq.
12                                 Attorneys for Defendant/Counter-Claimant
                                   LIBERTY SURPLUS INSURANCE
13                                 CORPORATION

14

15

16                                   **ORDER**

17  The Court having received the above Stipulation for Dismissal, with prejudice, of the

18  entire action, signed by all parties who have appeared,

19  IT IS SO ORDERED.

20

21  Dated: September 29, 2010      By: _____
                                   Hon. Phyllis J. Hamilton
22

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA. Stamp: IT IS SO ORDERED, Judge Phyllis J. Hamilton]*